United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

Michael E. Gans
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 16, 2024

    This will acknowledge receipt of Respondents' letter of January 11, 2024. The clerk of court has already identified the following as cases to be argued before the same panel at the same time on the same date:

    23-1320 State of Arkansas, et al. v. EPA, et al.
    23-1719 State of Missouri, et al. v. EPA, et al.
    23-1751 Union Electric Company, d/b/a Ameren Missouri v. EPA, et al.
    23-1765 Southwestern Electric Power and Arkansas Electric Coop. v. EPA, et al.
    23-1774 City Utilities of Springfield, MO v. EPA, et al.
    23-1776 ALLETE, Inc., et al. v. EPA, et al.
    23-1777 Hybar, LLC v. EPA, et al.
    23-1778 Arkansas League of Good Neighbors v. EPA, et al.

              Sincerely,
              Michael E. Gans
              Clerk of Court

SNO