IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 23-1320

STATE OF ARKANSAS, et al.,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents*.

No. 23-1719

STATE OF MISSOURI,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents*.

No. 23-1751

UNION ELECTRIC COMPANY, DOING BUSINESS AS AMEREN MISSOURI,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents.*

------------------------

No. 23-1765

SOUTHWESTERN ELECTRIC POWER COMPANY AND ARKANSAS ELECTRIC COOPERATIVE CORPORATION,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents*.

------------------------

No. 23-1774

CITY UTILITIES OF SPRINGFIELD, MISSOURI BY AND THROUGH THE BOARD OF PUBLIC UTILITIES,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents*.

------------------------

No. 23-1776

ALLETE, INC., DOING BUSINESS AS MINNESOTA POWER, ET AL.,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents*.

———————————

No. 23-1777
HYBAR, LLC,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents*.

———————————

No. 23-1778
ARKANSAS LEAGUE OF GOOD NEIGHBORS,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents*.

———————————

PETITION FOR REVIEW OF A FINAL AGENCY ACTION OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

———————————

**RESPONDENTS' PARTIALLY OPPOSED MOTION TO ESTABLISH ORAL ARGUMENT FORMAT**

———————————

*Of Counsel:*
ROSEMARY HAMBRIGHT KABAN
DANIEL P. SCHRAMM
*Office of the General Counsel*
*U.S. Environmental Protection*
   *Agency*
*Washington, DC*

TODD KIM
   *Assistant Attorney General*

JIN HYUNG LEE
AMANDA V. LINEBERRY
MIRANDA M. JENSEN
   *U.S. Department of Justice*
   *Environment and Natural Resources*
     *Division*
   *P.O. Box 7611*
   *Washington D.C. 20044-7611*

Respondents U.S. Environmental Protection Agency and its Administrator Michael S. Regan (collectively, "EPA") move in accordance with EPA's letter dated January 11, 2024 ("EPA's Letter")[1] to establish an oral argument format for the eight related petitions for review in this Court challenging EPA's action entitled "Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards," 88 Fed. Reg. 9336, 9338 (Feb. 13, 2023) ("Disapproval"). Specifically, consistent with the Court's letter dated January 16, 2024 ("Court's Letter"),[2] EPA requests that the Court hold three consecutive oral arguments—one for each of the three groups of Petitioners challenging the Disapproval as to a specific State ("State groups"): Arkansas,[3] Missouri,[4] and Minnesota.[5]

Under this structure, EPA further requests that the Court allot argument time as follows: 20 minutes per side for the four petitions challenging the Disapproval

---

[1] *See, e.g., Arkansas, et al. v. EPA*, No. 23-1320, ECF No. 5353416.

[2] *See id.* at ECF No. 5353416 (explaining that the Court already intends to hold oral argument for these eight cases "before the same panel at the same time on the same date").

[3] *Arkansas*, No. 23-1320; *Southwestern Elec. Power Co., et al. v. EPA*, No. 23-1765; *Hybar v. EPA*, No. 23-1777; *Ark. League of Good Neighbors v. EPA*, No. 23-1778.

[4] *Missouri v. EPA*, No. 23-1719; *Union Elec. Co. v. EPA*, No. 23-1751; *City Utils. of Springfield, Missouri v. EPA*, No. 23-1774.

[5] *Allete, Inc., et al. v. EPA*, No. 23-1776.

1

Appellate Case: 23-1320   Page: 5   Date Filed: 02/08/2024 Entry ID: 5361715

as to Arkansas, 20 minutes per side for the three petitions challenging the Disapproval as to Missouri, and 10 minutes per side for the sole petition challenging the Disapproval as to Minnesota, for a total of 1 hour and 40 minutes of argument time.

EPA has coordinated with counsel for all Petitioners and Intervenors in developing its request. Petitioners and Intervenors generally concur with EPA's proposal and disagree only with respect to the time allocated per State group; Petitioners and Intervenors request that each State group be allotted 35 minutes per side, for a total of 3 hours and 30 minutes of argument time.

In support of EPA's motion, EPA states as follows:

1. On February 13, 2023, EPA's Disapproval, which either fully or partially disapproved 21 states' Clean Air Act submissions for not adequately addressing their emissions' impact on downwind states' ozone levels, was published in the *Federal Register*. Disapproval, 88 Fed. Reg. at 9338.

2. Between February 16 and April 14, 2023, Petitioners in the above-referenced cases (collectively, "Petitioners") petitioned for review of the Disapproval in this Court.

3. Merits briefing concluded in these cases between January 5 and 25, 2024.[6]

4. On January 11, 2024, EPA notified the Court pursuant to Local Rule 34B that these eight related cases should be heard together if the Court schedules oral argument. *See* EPA's Letter at 1. EPA also explained that it intended to coordinate with Petitioners after all reply briefs had been filed and then "file a motion proposing a coordinated oral argument format." *Id.* at 1.

5. On January 16, 2024, the Court acknowledged EPA's Letter and stated that these cases had been identified "to be argued before the same panel at the same time on the same date." Court's Letter at 1.

6. To streamline oral argument and minimize areas of disagreement among the parties, EPA conferred with Petitioners regarding an appropriate oral argument format.[7]

7. Specifically, and consistent with the Court's Letter, EPA respectfully requests that the Court hear these eight challenges in three consecutive

---

[6] *See, e.g.*, *Union Elec. Co.*, No. 23-1751; *City Utils. of Springfield*, No. 23-1774.

[7] Though EPA is attempting to facilitate an oral argument format amenable to all parties, EPA maintains its position that the correct venue for any challenge to the Disapproval is the D.C. Circuit Court of Appeals under 42 U.S.C. § 7607(b)(1). *See Arkansas*, ECF No. 5335228 (EPA Resp. Br.), at 91-114.

3

oral arguments—one for each group of Petitioners focused on a specific State—with 20 minutes per side to argue the four petitions challenging the Disapproval as to Arkansas, followed by 20 minutes per side to argue the three petitions challenging the Disapproval as to Missouri, and then 10 minutes per side for the single petition challenging the Disapproval as to Minnesota.

8. EPA's proposal is reasonable. Twenty minutes per side as to Arkansas and Missouri State groups will allow each group of Petitioners (which includes the State and industry groups) to divide time and present their overlapping arguments. Allotting less time as to the Minnesota State group makes sense because only one petition for review was filed as to that State, and the State of Minnesota did not seek review of the Disapproval. Petitioners' request for 35 minutes per side as to all three States—or a full three and a half hours of argument—is excessive and unnecessary to ensure all parties have a fair opportunity to be heard on this series of overlapping issues.

9. The format being proposed is similar to the oral argument format ordered by the U.S. Court of Appeals for the Fifth Circuit in a similar related case involving petitions for review of the same Disapproval action at issue here by parties focused on Louisiana, Mississippi, and

4

Texas. There, one panel heard three back-to-back, 20-minutes-per-side oral arguments for each group of petitioners by State, where each set of petitioners included *both* State and state-industry groups. *See Texas v. EPA*, No. 23-60069 (5th Cir. Nov. 14, 2023), ECF No. 485. Counsel for the relevant State and the associated industry groups were able to adequately coordinate their arguments and split up their 20-minute segment. *See generally* Oral Argument, *Texas v. EPA*, No. 23-60069 (5th Cir. Dec. 4, 2023), available at https://www.ca5.uscourts.gov/OralArgRecordings/23/23-60069_12-4-2023.mp3.

For these reasons, EPA respectfully requests that the Court grant this motion to establish an oral argument format in which these challenges will be heard in three consecutive oral arguments, with 20 minutes per side to argue the petitions challenging the Disapproval as to Arkansas, followed by 20 minutes per side for the petitions challenging the Disapproval as to Missouri, and concluding with 10 minutes per side for the petition challenging the Disapproval as to Minnesota.

5

Respectfully submitted,

TODD KIM
Assistant Attorney General

Of Counsel:

ROSEMARY HAMBRIGHT KABAN
DANIEL P. SCHRAMM
U.S. Environmental Protection Agency
Office of General Counsel
Washington, DC

*/s/ Miranda M. Jensen*
MIRANDA M. JENSEN
JIN HYUNG LEE
AMANDA V. LINEBERRY
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-3071
miranda.jensen@usdoj.gov

February 8, 2024

## CERTIFICATES OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(2)(C) because it contains 1,027 words according to the count of Microsoft Word, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

I further certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and is double-spaced, except for headings, block quotes, and footnotes.

Dated: February 8, 2024     /s/ *Miranda M. Jensen*
                            MIRANDA M. JENSEN

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing motion on all registered counsel through the Court's electronic filing system (CM/ECF).

Dated: February 8, 2024            /s/ *Miranda M. Jensen*
                                                MIRANDA M. JENSEN