# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1320

State of Arkansas and Arkansas Department of Energy and the Environment, Division of Environmental Quality

Petitioners

East Texas Electric Cooperative and Plum Point Energy Associates, LLC

Intervenors

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

------------------------------

Missouri Joint Municipal Electric Utility Commission

Amicus on Behalf of Petitioner

Commonwealth of Massachusetts, et al.

Amici on Behalf of Respondent

No: 23-1719

State of Missouri

Petitioner

Associated Electric Cooperative, Inc.

Intervenor

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

------------------------------

Commonwealth of Massachusetts, et al.

Amici on Behalf of Respondent

No: 23-1751

Union Electric Company, doing business as Ameren Missouri

Petitioner

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

------------------------------

Commonwealth of Massachusetts, et al.

Amici on Behalf of Respondent

No: 23-1765

Southwestern Electric Power Company and Arkansas Electric Cooperative Corporation

Petitioners

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

------------------------------

Commonwealth of Massachusetts, et al.

Amici on Behalf of Respondent

No: 23-1774

City Utilities of Springfield, Missouri by and through the Board of Public Utilities

Petitioner

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

------------------------------

Commonwealth of Massachusetts, et al.

Amici on Behalf of Respondent

No: 23-1776

ALLETE, Inc., doing business as Minnesota Power, et al.

Petitioners

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

------------------------------

Commonwealth of Massachusetts, et al.

Amici on Behalf of Respondent

No: 23-1777

Hybar, LLC

Petitioner

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

------------------------------

Commonwealth of Massachusetts, et al.

Amici on Behalf of Respondent

No: 23-1778

Arkansas League of Good Neighbors

Petitioner

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

------------------------------

Commonwealth of Massachusetts, et al.

Amici on Behalf of Respondent

---

Petition for Review of an Order of the Environmental Protection Administration
(88 Fed. Reg. 9336)
(88 Fed. Reg. 9336)
(88 Fed. Reg. 9336)

---

**ORDER**

The respondents' partially opposed motion to establish oral argument format filed by Miranda M. Jensen is hereby ordered taken with the cases for consideration by the panel to which these cases are submitted for disposition on the merits.

February 26, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans