**Eversheds Sutherland (US) LLP**
999 Peachtree St., N.E., Suite 2300
Atlanta, GA 30309-3996

D: +1 404.853.8170
F: +1 404.853.8806

toddsilliman@
eversheds-sutherland.com

July 1, 2024

**_FILED VIA CM/ECF_**

Maureen W. Gornik
Acting Clerk of Court
United States Court of Appeals
for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, Missouri 63102

      RE:    *State of Arkansas, et al. v. U.S. EPA, et al.*
                Case No. 23-1320

Dear Ms. Gornik:

      This correspondence is to notify the Court that Lewis Steven Wiener and Garrett A. Gibson, both formerly of Eversheds Sutherland (US) LLP, will no longer be representing Intervenor Plum Point Energy Associates, LLC in the above-referenced matter.

      My colleague, James Logan Lineberry, and I filed Appearances of Counsel with the Court on June 25, 2024. Therefore, we respectfully request the Court substitute Mr. Lineberry and myself in place of Mr. Wiener and Mr. Gibson on the Court's docket. Our client, Plum Point Energy Associates, LLC, consents to this substitution of counsel.

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

The filing of this correspondence serves as notice to all interested parties of such substitution.

Respectfully submitted,

/s/ *R. Todd Silliman*
R. Todd Silliman

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit and served the foregoing on all registered counsel through the Court's CM/ECF system.

/s/ *R. Todd Silliman*
R. Todd Silliman