# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 16, 2023

Mr. Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

RE:  23-1320  State of Arkansas, et al v. EPA, et al

Dear Counsel:

We have received a petition for review of an order of the United States Environmental Protection Agency in the above case, together with electronic payment in the amount of $500 for the docket fee.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The petition has been filed and docketed. A copy of the petition is hereby served upon the respondent in accordance with Federal Rule of Appellate Procedure, 15(c).

Your attention is invited to the briefing schedule pertaining to administrative agency cases, a copy of which will be sent under separate Notice of Docket Activity. The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our website, the address of which is shown above. Counsel for both sides should familiarize themselves with the material and immediately confer regarding the briefing schedule and contents of the appendix.

Michael E. Gans
Clerk of Court

CJO

Enclosure(s)
cc:	Mr. Merrick B. Garland
	Mr. Tim Griffin
	Mr. Dylan L. Jacobs
	Mr. Todd Kim
	Mr. James McGuire
	Mr. Asher Steinberg

District Court/Agency Case Number(s):   88 Fed. Reg. 9336

**Caption For Case Number: 23-1320**

State of Arkansas; Arkansas Department of Energy and the Environment, Division of Environmental Quality

        Petitioners

v.

United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency

        Respondents

**Addresses For Case Participants:   23-1320**

Mr. Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Merrick B. Garland
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue
Washington, DC  20530

Mr. Tim Griffin
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Todd Kim
U.S. DEPARTMENT OF JUSTCE
Environmental and Natural Resources Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

Mr. James McGuire
U.S. ENVIRONMENTAL PROTECTION AGENCY
Office of Regional Counsel
Suite 1200
1445 Ross Avenue
Dallas, TX  75202-2733

Mr. Asher Steinberg
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000