UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: _____ vs. _____

**The Clerk will enter my appearance as Counsel in Appeal No.** _____ for the following party(s): (please specify)

    Appellant(s)    Petitioner(s)    Appellee(s)    Respondent(s)    Amicus Curiae    Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: _____ s/: *Jin Hyung Lee* _____

Firm Name: _____

Business Address: _____

City/State/Zip: _____

Telephone Number (Area Code): _____

Email Address: _____

---

**CERTIFICATE OF SERVICE**

_____I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

_____I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: