# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1320

State of Arkansas and Arkansas Department of Energy and the Environment, Division of Environmental Quality

Petitioners

East Texas Electric Cooperative and Plum Point Energy Associates, LLC

Intervenors

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

---

Petition for Review of an Order of the Environmental Protection Administration
(88 Fed. Reg. 9336)

---

## ORDER

The motions for leave to intervene on behalf of the State of Arkansas and the Arkansas Department of Energy and Environment; Division of Environmental Quality are granted. Interested parties East Texas Electric Cooperative, Inc. and Plum Point Energy Associates, LLC, have been added to this case as intervenors.

April 03, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans